No. 24-90033

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ALYSSA CORMIER, CLAIRE BRUDNER, MARIANNA ACOSTA, and,
ESTY PITTMAN,
*Plaintiffs-Appellees,*

v.

BOND FINANCIAL TECHNOLOGIES HOLDINGS, LLC,
*Defendant-Appellees.*

Appeal from the United States District Court for the Western District of Texas,
Austin Division
No. 1:23-CV-00647-DAE
Judge David A. Ezra, Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANT-APPELLANT'S
PETITION FOR PERMISSION TO APPEAL CLASS CERTIFICATION
ORDER**

TO THE HONORABLE FIFTH CIRCUIT:

Plaintiffs-Appellees Alyssa Cormier, Claire Brudner, Marianna Acosta, and Esty Pittman files this unopposed motion requesting a 14-day extension of time for filing Plaintiffs-Appellees' response to Defendant-Appellant's petition for permission to appeal a class certification order. (Doc. 2) In support, Plaintiffs-

Appellees respectfully show:

1. Plaintiff-Appellees were notified on Monday, December 16, 2024 that their opposition to Defendant-Appellant's petition for permission to appeal pursuant to FRCP 23(f) was due on December 20, 2024.

2. Plaintiff-Appellees oppose Defendant-Appellant's request, which Plaintiff-Appellees believe misstates key aspects of the District Court's ruling granting class certification in this WARN Act case.

3. Because of pre-existing client obligations in other matters, Plaintiffs-Appellees' counsel respectfully requests an extension of time to prepare their opposition. Because of pre-existing holiday travels, Plaintiffs-Appellees respectfully request an extension of time of 14 days up to and including January 3, 2025, to submit their opposition.

4. Plaintiff-Appellees believe their obligations to other clients and pre-existing holiday travel constitute good cause pursuant to Circuit Rule 26.2.

5. Counsel for Plaintiffs-Appellees has conferred with counsel for Defendant-Appellant and confirmed they are not opposed to this request.

## CONCLUSION AND PRAYER

For these reasons, Plaintiffs-Appellees respectfully asks the Court to grant this unopposed motion for extension of time, thus making their response due on January 3, 2025.

| | |
|---|---|
| Dated: December 19, 2024 | Respectfully submitted,<br><br>**KAPLAN LAW FIRM, PLLC**<br><br> /s/ *Caitlin Boehne*_____<br>Caitlin Boehne<br>State Bar No. 24075815<br>cboehne@kaplanlawatx.com<br>Austin Kaplan<br>State Bar No. 24072176<br>akaplan@kaplanlawatx.com<br>Ryan O. Estes<br>State Bar No. 24120586<br>restes@kaplanlawatx.com<br>J. Bryan Wood<br>*Admitted Pro Hac Vice*<br>bwood@kaplanlawatx.com<br><br>KAPLAN LAW FIRM, PLLC<br>2901 Bee Cave Rd., Ste. G<br>Austin, TX 78746<br>Phone: (512) 814-7348<br>Fax: (512) 692-2788<br><br>**ATTORNEYS FOR PLAINTIFFS-APPELLEES** |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on December 19, 2024, I filed the foregoing instrument with the Clerk of the Court using the CM/ECF system. All counsel who are registered to use an Electronic Filing system will be served automatically.

　　　　　　　　　　　　　　　　　　 */s/ Caitlin Boehne*
　　　　　　　　　　　　　　　　　　Caitlin Boehne