# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 20, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-90033   Cormier v. Bond Financial
USDC No. 1:23-CV-647

The court has granted an extension of time to and including January 3, 2025 for filing a response to the petition for permission in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Angelique B. Tardie, Deputy Clerk
504-310-7715

Ms. Caitlin Boehne
Ms. Jennifer Anita Foster
Mr. Eric Alan Hudson
Mr. Kevin James Terrazas